UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

DRUGPLACE, INC. (FL) et al.,

Movants,

-v.-

ELI LILLY AND COMPANY,

Respondent.

---------------------------------------------------------------X

ORDER

26-MC-362 (RA)(GWG)

GABRIEL W. GORENSTEIN, United States Magistrate Judge

The movant shall file any reply memorandum of law by August 6, 2026.

SO ORDERED.

Dated: July 31, 2026
New York, New York

GABRIEL W. GORENSTEIN
United States Magistrate Judge