UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

DRUGPLACE, INC. (FL) et al., :

: ORDER

Movants,

:

-v.- 26-MC-362 (RA)(GWG)

:

:

ELI LILLY AND COMPANY,

:

Respondent. :

---------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

Pending before this Court are multiple motions to seal filed by Respondent Eli Lilly and Company. See Docket ## 6, 17, 33, 38. The basis for these sealing requests is that the documents or redactions at issue fall under the "HIPAA Protective and Confidentiality Order" in the underlying action pending in the Southern District of Florida. See Lilly v. DrugPlace, Inc., 26 Civ. 23516 (S.D. Fla.) (Docket # 70) ("Confidentiality Order").

It is not clear to the Court, however, that the Confidentiality Order permitted the filing of these documents in this Court in the first place without first obtaining a ruling from the Florida Court relieving Lilly of the requirements of the Confidentiality Order. The Confidentiality Order specifically bars disclosure of these materials to all but a limited group, and while that group might include the United States District Court for the Southern District of New York, the text of the Order is not clear on this point. See Confidentiality Order, ¶ 5(b)(3) (allowing disclosure of materials to "[t]he Court").

Rather than require the parties to return to the Florida Court to address this issue, this Court will instead deem stricken from the record any material that is subject to the Florida Confidentiality Order. Because Lilly is the only entity that sought to file such materials and because it has prevailed on the motion to quash, which was decided without reference to those materials, it is not necessary for Lilly to seek to resubmit these materials.

Accordingly, the motions to seal (Docket ## 6, 17, 33, 38) are granted on the ground that the documents or redactions at issue no longer form part of the record of this case.

SO ORDERED.

Dated: October 23, 2026
New York, New York

GABRIEL W. GORENSTEIN
United States Magistrate Judge